

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-14-00107-CV

Michael F. **WILLIAMS**,
Appellant

v.

Debbie D. **WILLIAMS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15949
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant filed his brief on March 19, 2014, believing there was no reporter's record. On March 31, 2014, a reporter's record was filed. On April 3, 2014, appellant filed a motion asking leave to file an amended brief.

The motion is GRANTED and appellant is ORDERED to file an amended brief <u>no later than May 5, 2014</u>. Appellee's brief, which is currently due on April 18, 2014, is now due thirty days from the date appellant files his brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court